CROWELL & MORING LLP
J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@crowell.com)
Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, (CSB No. 109419, nsheehan@porterscott.com)
Terence J. Cassidy, (CSB No. 099180, tcassidy@porterscott.com)
Katherine L.M. Mola, (CSB No. 264625, kmola@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706

Attorneys for Defendants Linda Katehi,
Ralph J. Hexter, Fred Wood, and John Myer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOSH BAKER, DAVID BUSCHO, SARENA GROSSJAN-NAVARRO, DEANNA JOHNSON, SOPHIA KAMRAN, ELIZABETH LARA, IAN LEE, SOO LEE, EVAN LOKER, THOMAS MATZAT, DARREN NEWELL, CHARLES PARKER, WILLIAM ROBERTS, FATIMA SBEIH, EVKA WHALEY-MAYDA, KASE WHEATLEY, EDWARD GEOFFREY WILDANGER, NOAH WILEY, and JORDAN WILHEIM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LINDA KATEHI, Chancellor of the University of California at Davis; RALPH J. HEXTER, Provost and Executive Vice Chancellor of the University of California at Davis; FRED WOOD, Vice Chancellor for Student Affairs at the University of California at Davis; JOHN MEYER, Vice Chancellor of Administration and Resource Management at | Case No. 12-cv-00450-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND OTHER DATES** |

|   |   |
|---|---|
| 1 | the University at California at Davis; ANNETTE SPICUZZA, Chief of the University of California at Davis Police Department; JOHN PIKE, Lt. in the University of California at Davis Police Department; and DOES 1-50, officers of the University of California at Davis Police Department, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Plaintiffs and the undersigned Defendants wish to extend the time for all Defendants to respond to the complaint, and to extend the dates for any other proceedings, for a period of up to 90 days in order for the parties to explore settlement on such terms and conditions as the parties have heretofor discussed through their counsel of record.

IT IS THEREFORE STIPULATED:

1. The time period for Defendants to answer or otherwise respond to the complaint is enlarged by a period of up to 90 days.

2. The parties will submit a joint status report appraising the Court of their progress including but not limited to whether the parties will be submitting the matter to a form of alternative dispute resolution, whether the parties will need an additional extension of time, the need for a status conference and any other topics which would be helpful in appraising the Court of the status, on or before 60 days from the date this Order is entered.

3. The foregoing extension of time, and all other terms of this stipulation, may be revoked upon 10 day's notice by any of the parties hereto.  Such notice of revocation shall be filed with the Court and served on all parties as provided by the Federal Rules of Civil Procedure.

4. This stipulation may be extended by order of the Court upon the further stipulation of the parties hereto, subject to such terms and conditions as the Court may impose.

{00997183.DOCX}   -1-   STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME; CASE NO. 12-CV-00450-JAM

**Error! Unknown document property name.**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 14, 2012 | LAW OFFICES OF MARK E. MERIN<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA |
| | By: /s/ Mark E. Merin<br>   Mark E. Merin<br>   Attorneys for Plaintiffs |
| Dated: March 14, 2012 | CROWELL & MORING LLP<br>PORTER | SCOTT |
| | By: /s/ Nancy J. Sheehan<br>   Nancy J. Sheehan<br>   Attorneys for Defendants Linda Katehi,<br>   Ralph J. Hexter, Fred Wood, and John<br>   Myer |
| Dated: March 14, 2012 | LACKIE, DAMMEIER & MCGILL |
| | By: /s/ Michael A. McGill<br>   Michael A. McGill<br>   John H. Bakhit<br>   Christopher L. Gaspard<   Attorneys for Defendant Lt. John Pike |
| Dated: March14, 2012 | CARROLL BURDICK & MCDONOUGH |
| | By: /s/ Jason H. Jasmine<br>   Jason H. Jasmine<br>   Attorneys for Chief Annette Spicuzza |

IT IS SO ORDERED.

Dated: March 14, 2012

/s/ John A. Mendez
JOHN A MENDEZ,
UNITED STATES DISTRICT COURT JUDGE

{00997183.DOCX}   -2-   STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME; CASE NO. 12-CV-00450-JAM