**CROWELL & MORING LLP**
J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
Kevin P. O'Brien (CSB No. 215148, kobrien@crowell.com)
Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, (CSB No. 109419, nsheehan@porterscott.com)
Terence J. Cassidy, (CSB No. 099180, tcassidy@porterscott.com)
Katherine L.M. Mola, (CSB No. 264625, kmola@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendants
LINDA KATEHI, RALPH J. HEXTER, FRED WOOD and JOHN MEYER

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOSH BAKER, DAVID BUSCHO, SARENA GROSSJAN-NAVARRO, DEANNA JOHNSON, SOPHIA KAMRAN, ELIZABETH LARA, IAN LEE, SOO LEE, EVAN LOKER, THOMAS MATZAT, DARREN NEWELL, CHARLES PARKER, WILLIAM ROBERTS, FATIMA SBEIH, EVKA WHALEY-MAYDA, KASE WHEATLEY, EDWARD GEOFFREY WILDANGER, NOAH WILEY, and JORDAN WILHEIM,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA KATEHI, RALPH J. HEXTER, FRED WOOD, JOHN MEYER, ANNETTE SPICUZZA, JOHN PIKE, and DOES 1-50<br><br>Defendants.<br>_____/ | CASE NO.   12-cv-00450-JAM-EFP<br><br>**STIPULATION AND  ORDER FOR FURTHER EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND OTHER DATES** |

1
STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT AND OTHER DATES
{01024906.DOC}

The parties, by and through their counsel of record, wish to further extend the time for all Defendants to respond to the Complaint, and to extend the dates for any other proceedings, until September 12, 2012 in order to allow the parties to complete a mediation and otherwise explore potential settlement. In the Joint Status Report filed on May 15, 2012 (Docket #20), the parties notified the Court that they had agreed to mediation, had selected a mediator, and were attempting to schedule the mediation. The mediation has now been scheduled for August 15-16, 2012. The mediator and the parties believe it is possible one further session beyond that date may be needed.

IT IS THEREFORE STIPULATED:

1. The time period for Defendants to answer or otherwise respond to the Complaint is further enlarged until September 12, 2012.

2. No later than seven court days after completion of the final session of the mediation, the parties will submit a joint status report apprising the Court of their progress, including whether or not an agreement on resolution has been reached.

3. The foregoing extension of time and all other terms of this stipulation may be revoked upon ten days notice by any of the parties. Such notice of revocation shall be filed with the Court and served on all parties as provided by the Federal Rules of Civil Procedure.

4. This stipulation may be further extended by order of the Court upon further stipulation of the parties, subject to any terms and conditions as the Court may impose.

DATED:  June 12, 2012			PORTER SCOTT
						A PROFESSIONAL CORPORATION


						By   /s/Nancy J. Shehan
						       Nancy J. Sheehan
						       Terence J. Cassidy
						       Katherine L.M. Mola
						       Attorneys for Defendants
						       LINDA KATEHI, RALPH J. HEXTER,
						       FRED WOOD and JOHN MEYER

2
STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT AND OTHER DATES

{01024906.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  June 12, 2012				CROWELL & MORING


					By  /s/J. Daniel Sharp (approved by email on 6/12/12)
						J. Daniel Sharp
						Ethan Schulman
						Michael Kahn
						Attorneys for Defendants
						LINDA KATEHI, RALPH J. HEXTER,
						FRED WOOD AND JOHN MEYER


DATED:  June 12, 2012				LAW OFFICE OF MARK E. MERIN


					By   /s/Mark E. Merin (approved by email on 6/12/12)
						Mark E. Merin
						Attorney for Plaintiffs


DATED:  June 12, 2012			By   /s/Meredith Wallis (approved by email on 6/12/12)
						Meredith Wallis
						Attorney for Plaintiffs


DATED:  June ___, 2012			AMERICAN CIVIL LIBERTIES UNION


					By   /s/Alan Schlosser (approved by email on 6/12/12)
						Alan Schlosser
						Michael T. Risher
						Linda Lye
						Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June 12, 2012 | LACKIE, DAMMEIER & MCGILL. APC |

By /s/Russell Perry (approved by email on 6/12/12)
    Russell Perry
    Michael A. McGill
    John H. Bakhit
    Christopher L. Gaspard
    Attorneys for Defendant
    JOHN PIKE

| | |
|---|---|
| DATED: June 12, 2012 | CARROLL BURDICK & MCDONOUGH |

By /s/Jason H. Jasmine (approved by email on 6/12/12)
    Jason H. Jasmine
    Lina B. Cockrell
    Attorneys for Defendant
    ANNETTE SPICUZZA

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 13, 2012    /s/ John A. Mendez_____
    The Honorable John A. Mendez
    U.S. District Court Judge
    Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com