1  Mark E. Merin (State Bar No. 043849)
   **LAW OFFICE OF MARK E. MERIN**
2  1010 F Street, Suite 300
   Sacramento, California 95814
3  Telephone:   (916) 443-6911
   Facsimile:   (916) 447-8336
4  E-Mail:      mark@markmerin.com

5  Alan Schlosser (State Bar No. 049957)
   Michael T. Risher (State Bar No. 191627)
6  Linda Lye (State Bar No. 215584)
   Novella Coleman (State Bar No. 281632)
7  **AMERICAN CIVIL LIBERTIES UNION**
    **FOUNDATION OF NORTHERN CALIFORNIA**
8  39 Drumm Street
   San Francisco, California 94111
9  Telephone:   (415) 621-2493
   Facsimile:   (415) 255-1478
10 E-Mail:      aschlosser@aclunc.org
                mrisher@aclunc.org
11              llye@aclunc.org
                ncoleman@aclunc.org
12
   Meredith Wallis (State Bar No. 261457)
13 1057 East 33rd Street
   Oakland, California 94610
14 Telephone:   (713) 724-4047
   E-Mail:      mewallis@stanford.edu
15
   *Attorneys for Plaintiffs*
16
   **CROWELL & MORING LLP**
17 J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
   Kevin P. O'Brien (CSB No. 215148, kobrien@crowell.com)
18 Suzanne E. Rode (CSB No. 253830, srode@crowell.com )
19 275 Battery Street, 23rd Floor
   San Francisco, CA 94111
20 Telephone: 415.986.2800
   Facsimile: 415.986.2827
21
   **PORTER | SCOTT**
22 A PROFESSIONAL CORPORATION
23 Nancy J. Sheehan, (CSB No. 109419, nsheehan@porterscott.com )
   Terence J. Cassidy, (CSB No. 099180, tcassidy@porterscott.com )
24 Katherine L.M. Mola, (CSB No. 264625, kmola@porterscott.com )
   350 University Avenue, Suite 200
25 Sacramento, California 95825
   (916) 929-1481 (telephone)
26 (916) 927-3706 (facsimile)
27
   *Attorneys for Defendants*
28 LINDA KATEHI, RALPH J. HEXTER, FRED WOOD & JOHN MEYER

Jason H Jasmine, No. 215757
Lina Balciunas Cockrell, No. 238166
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, CA 95814
Telephone: 916.446.5297
Facsimile: 916.448.5047
Email: jjasmine@cbmlaw.com
       lcockrell@cbmlaw.com

*Attorneys for Defendant*
ANNETTE SPICUZZA

Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Russell M. Perry, SBN 246252
russell@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

*Attorneys for Defendant*
JOHN PIKE, ALEXANDER LEE & BARRY SWARTWOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ENOSH BAKER, et al.,<br><br>                  Plaintiffs,<br>vs.<br><br>LINDA KATEHI, et al.<br><br>                  Defendants. | Case No. 2:12-CV-00450-JAM-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT**<br><br>**COMPLAINT FILED:** February 22, 2012<br>**TRIAL DATE:**     None Set |
|---|---|

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties hereto stipulate that Plaintiffs may file the proposed Second Amended Complaint attached hereto as "Exhibit A."

| | | |
|---|---|---|
| 1 | DATED: September 26, 2012 | **LAW OFFICE OF MARK E. MERIN** |
| 2 | | |
| 3 | | BY: /s/ "Mark E. Merin" |
| | | Mark E. Merin |
| 5 | DATED: September 26, 2012 | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA** |
| 7 | | BY: /s/ "Alan Schlosser" |
| 8 | | Alan Schlosser |
| | | Michael T. Risher |
| 9 | | Linda Lye |
| | | Novella Coleman |
| 10 | DATED: September 26, 2012 | |
| 12 | | BY: /s/ "Meredith Wallis" |
| | | Meredith Wallis |
| | | *Attorneys for Plaintiffs* |
| 15 | DATED: September 26, 2012 | **CROWELL & MORING LLP** |
| 17 | | BY: /s/ "J. Daniel Sharp" |
| | | J. Daniel Sharp |
| 18 | | Kevin P. O'Brien |
| | | Suzanne E. Rode |
| 20 | DATED: September 26, 2012 | **PORTER | SCOTT** |
| 22 | | BY: /s/ "Nancy J. Sheehan" |
| | | Terence J. Cassidy |
| | | Nancy J. Sheehan |
| | | Katherine L.M. Mola |
| 25 | | *Attorneys for Defendants*<br>LINDA KATEHI, RALPH J. HEXTER, FRED WOOD & JOHN MEYER |

-3-

JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT
*Enosh Baker, et al. vs. Linda Katehi, et al.*; United States District Court, Eastern District of California, Case No. 2:12-CV-00450-JAM-EFB

| | | |
|---|---|---|
|1| DATED: September 26, 2012 | **CARROLL, BURDICK & McDONOUGH LLP** |

BY: /s/ "Jason H Jasmine"
Jason H. Jasmine
Lina Balciunas Cockrell

*Attorneys for Defendant*
ANNETTE SPICUZZA

DATED: September 26, 2012          **LACKIE, DAMMEIER & MCGILL APC**

BY: /s/ "Russell M. Perry"
Michael A. McGill
Russell M. Perry

*Attorneys for Defendant*
JOHN PIKE, ALEXANDER LEE &
BARRY SWARTWOOD

IT IS SO ORDERED.

Dated: September 27, 2012

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-4-

JOINT STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT
*Enosh Baker, et al. vs. Linda Katehi, et al.*; United States District Court, Eastern District of California, Case No. 2:12-CV-00450-JAM-EFB