1    Mark E. Merin (State Bar No. 043849)
     **LAW OFFICE OF MARK E. MERIN**
2    1010 F Street, Suite 300
     Sacramento, California 95814
3    Telephone:    (916) 443-6911
     Facsimile:    (916) 447-8336
4    E-Mail:       mark@markmerin.com

5    Alan Schlosser (State Bar No. 049957)
     Michael T. Risher (State Bar No. 191627)
6    Linda Lye (State Bar No. 215584)
     Novella Coleman (State Bar No. 281632)
7    **AMERICAN CIVIL LIBERTIES UNION**
     **FOUNDATION OF NORTHERN CALIFORNIA**
8    39 Drumm Street
     San Francisco, California 94111
9    Telephone:    (415) 621-2493
     Facsimile:    (415) 255-1478
10   E-Mail:       aschlosser@aclunc.org
                   mrisher@aclunc.org
11                 llye@aclunc.org
                   ncoleman@aclunc.org
12
     Meredith Wallis (State Bar No. 261457)
13   1057 East 33rd Street
     Oakland, California 94610
14   Telephone:    (713) 724-4047
     E-Mail:       mewallis@stanford.edu
15
     *Attorneys for Plaintiffs*
16
     **CROWELL & MORING LLP**
17   J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
     Kevin P. O'Brien (CSB No. 215148, kobrien@crowell.com)
18   Suzanne E. Rode (CSB No. 253830, srode@crowell.com )
19   275 Battery Street, 23rd Floor
     San Francisco, CA 94111
20   Telephone: 415.986.2800
     Facsimile: 415.986.2827
21
     **PORTER | SCOTT**
22   A PROFESSIONAL CORPORATION
23   Nancy J. Sheehan, (CSB No. 109419, nsheehan@porterscott.com )
     Terence J. Cassidy, (CSB No. 099180, tcassidy@porterscott.com )
24   Katherine L.M. Mola, (CSB No. 264625, kmola@porterscott.com )
25   350 University Avenue, Suite 200
     Sacramento, California 95825
26   (916) 929-1481 (telephone)
     (916) 927-3706 (facsimile)
27
     *Attorneys for Defendant*
28   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

1

2

3                        UNITED STATES DISTRICT COURT

4                        EASTERN DISTRICT OF CALIFORNIA

5

| | |
|---|---|
| ENOSH BAKER, *et al.,* , | Case No. 2:12-cv-00450 JAM EFB |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CERTIFYING THE SETTLEMENT CLASS, APPROVING CLASS NOTICE AND SCHEDULING FINAL APPROVAL HEARING |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

11

12          The Court having reviewed and considered the Joint Application for Preliminary Approval

13   of Settlement ("Joint Application"), filed on September 26, 2012, by Plaintiffs  Enosh Baker,

14   David Buscho, Alyson Cook, Adam Fetterman, Sarena Grossjan, Deanna Johnson, Sophia

15   Kamran, Elizabeth Lara, Ian Lee, Soo Lee, Evan Loker, Thomas Matzat, Darren Newell, Charles

16   Parker, William Roberts, Fatima Sbeih, Evka Whaley-Mayda, Kase Wheatley, Edward Geoffrey

17   Wildanger, Noah Wiley, and Jordan Wilheim (collectively "Plaintiffs"); and Defendant The

18   Regents of the University of California (the "Regents") (all collectively the "Parties"), and having

19   reviewed and considered the terms and conditions for the proposed settlement (the "Settlement")

20   as set forth in the Stipulation for Settlement dated September 26, 2012, a copy of which has been

21   submitted as Exhibit A to the Joint Application, and on the basis of such submissions, together

22   with any other submissions in support of the Joint Application, and for good cause shown, it is

23   hereby ORDERED:

24                        **PRELIMINARY APPROVAL OF SETTLEMENT**

25          1.          The terms of the Settlement are preliminarily approved, subject to further

26   consideration at the Final Approval Hearing provided for below.  The Court concludes that the

27   Settlement is sufficiently within the range of reasonableness to warrant the preliminary

28

-1-                    [PROPOSED] ORDER GRANTING PRELIMINARY
                       APPROVAL OF SETTLEMENT; CASE NO. 2:12-CV-00450

certification of the proposed class described in the Stipulation for Settlement, the scheduling of a hearing for final approval of the settlement, and the circulation of the notice to the putative class members, each as provided for in this order.

## PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS

2.    For purposes of settlement only, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), the action titled *Baker, et al. v. The Regents of the University of California*, Case No. 12-cv-00450-JAM-EFB, is preliminarily certified as a class action on behalf of the following persons (collectively, the "Class" and each of the Class a "Class Member"):

> All persons who were arrested or directly sprayed with pepper spray by police officers working for or on the behalf of the University of California, Davis Police Department on November 18, 2011, on the area known as "the Quad," on the University of California, Davis campus.

3.    Plaintiffs  Enosh Baker, David Buscho, Alyson Cook, Adam Fetterman, Sarena Grossjan, Deanna Johnson, Sophia Kamran, Elizabeth Lara, Ian Lee, Soo Lee, Evan Loker, Thomas Matzat, Darren Newell, Charles Parker, William Roberts, Fatima Sbeih, Evka Whaley-Mayda, Kase Wheatley, Edward Geoffrey Wildanger, Noah Wiley, and Jordan Wilheim (hereinafter "Representative Plaintiffs") are appointed as representatives of the Class.

4.    Mark Merin of the Law Office of Mark E. Merin, the American Civil Liberties Union Foundation of Northern California ("ACLU"), and Meredith Wallis are appointed and designated as counsel for the Class.

5.    This certification of the Class, appointment of the Representative Plaintiffs and appointment and designation of Class Counsel are solely for purposes of effectuating the Settlement.  If the Stipulation for Settlement is terminated or is not consummated for any reason, the foregoing certification of the Class, appointment of the Representative Plaintiffs and designation of Class Counsel shall be void and of no effect and the Parties to the Stipulation for Settlement shall be returned to the status each occupied before entry of this order without prejudice to any legal argument that any of the Parties to the Stipulation for Settlement might have asserted but for the Stipulation for Settlement.

[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF SETTLEMENT; CASE NO. 2:12-CV-00450

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.    Based on the Court's review of the Joint Application and supporting materials, the Court preliminarily finds that the proposed Class satisfies Rules 23(a), 23(b)(2) and 23(b)(3).

## FINAL APPROVAL HEARING

7.    A hearing shall be held in Courtroom 6, United States District Court, Eastern District of California, at _9:30 a.m_ on _January 9, 2013_, to consider whether the settlement should be given final approval.

8.    Objections by class members who do not timely elect to exclude themselves from the class to the proposed settlement should be considered if filed in writing with the clerk on or before _November 12, 2012_.

9.    At the hearing, class members who do not timely elect to exclude themselves from the class may be heard orally in support of or in opposition to the settlement, provided such persons file with the clerk by _November 12, 2012_ written notification of the desire to appear personally, indicating (if in opposition to the settlement) briefly the nature of the objection.

10.    Counsel for the Class and for the Defendant should be prepared at the hearing to respond to objections filed by such class members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

## NOTICE TO SETTLEMENT CLASS

11.    By _October 11, 2012_ Defendant's counsel shall cause to be sent via electronic mail in the name of the clerk to all students enrolled in one or more classes at the Davis campus during the Fall Quarter of 2011 for whom the Regents have a valid e-mail address, the Notice attached as Exhibit B to the Joint Application.

12.    By _October 11, 2012_ Defendant's counsel shall cause to be published once each in the UC Davis *Aggie* and the Davis *Enterprise* the Publication Notice in substantially the same style and format as the summary notice attached as Exhibit C to the Joint Application.

[PROPOSED] ORDER GRANTING PRELIMINARY
APPROVAL OF SETTLEMENT; CASE NO. 2:12-CV-00450

SFACTIVE-902852642.1

1   IT IS SO ORDERED.

2

3

4   Dated: _September 27_, 2012

5                                             UNITED STATES DISTRICT COURT JUDGE

6

7   Approved as to form:

8   Dated: September 26, 2012          LAW OFFICE OF MARK E. MERIN

9

10                                            By:  /s/ "Mark E. Merin"
                                                  Mark E. Merin
11                                                Attorneys for Plaintiffs

12   Dated: September 26, 2012          AMERICAN CIVIL LIBERTIES UNION
13                                            FOUNDATION OF NORTHERN CALIFORNIA

14
                                              By:  /s/ "Alan Schlosser"
15                                                Alan Schlosser
                                                  Michael Risher
16                                                Attorneys for Plaintiffs

17   Dated: September 26, 2012          MEREDITH WALLIS

18
                                              By:  /s/ "Meredith Wallis"
19                                                Meredith Wallis
                                                  Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PRELIMINARY
                                              APPROVAL OF SETTLEMENT; CASE NO. 2:12-CV-00450

Dated: September 26, 2012          CROWELL & MORING LLP


By:  /s/ "J. Daniel Sharp"
      J. Daniel Sharp
      Attorneys for Defendant The Regents of the
      University of California

Dated: September 26, 2012          PORTER SCOTT LLP


By:  /s/ "Nancy J. Sheehan"
      Nancy J. Sheehan
      Terence J. Cassidy
      Attorneys for Defendant The Regents of the
      University of California

SFACTIVE-902852642.1